162 A.3d 840

COLEMAN

v.

DEVAN

Pet. Docket No. 72, Sept.Term, 2017

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2420, Sept. Term, 2015).

Petition for writ of certiorari denied

■

162 A.3d 840

CRUZ, Jesus Garduno

v.

STATE of Maryland

Pet. Docket No. 42, Sept.Term, 2017

Court of Appeals of Maryland.

June 21, 2017

Reported below: 232 Md.App. 108, 155 A.3d 964.

Petition for writ of certiorari denied